In the Matter of HERMAN DE VRIES, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission of the State of New York, Respondents.

Argued January 4, 1944; decided February 24, 1944.

*David M. Markowitz* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.